MINERS AND MERCHANTS' BANK OF LONACONING, Respondent, *v.* ARDSLEY HALL COMPANY, Appellant.

*Miners & Merchants' Bank of Lonaconing* v. *Ardsley Hall Co.*, 119 App. Div. 885, affirmed.

(Argued November 18, 1908; decided December 1, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 6, 1907, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon promissory notes.

*John A. Stephens* and *David Wallace* for appellant.

*Robert R. Reed, Vernon Cook* and *J. H. Caldwell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Dissenting: CULLEN, Ch. J., and CHASE, J.